UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANTHONY DEAN BEVERLY and<br>KATHY LYNN BEVERLY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SMITH & WESSON CORPORATION,<br>THOMPSON/CENTER, a Smith & Wesson<br>Company, POLYMER CORPORATION,<br>and ALLIANT TECHSYSTEMS, INC.,<br><br>*Defendants*. | Civil Action No.: 1:12-cv-00365 |

**AGREED ORDER**

This matter is before the Court on the Joint Motion of Plaintiffs Anthony Dean Beverly and Kathy Lynn Beverly ("Plaintiffs") and Defendant Alliant Techsystems, Inc. ("ATK") for an Order dismissing ATK as a Defendant in this matter without prejudice and substituting Federal Cartridge Company ("Federal") as a defendant. Based on the representations of Counsel for ATK set forth in the joint motion, it appears to the Court that Federal, rather than ATK, is a proper defendant in this matter, and that there is no opposition to the Joint Motion. It is therefore

ORDERED that Federal is substituted for ATK as a defendant in this matter. It is further

ORDERED that ATK is dismissed as a defendant in this matter without prejudice.

                                                          s/ *Susan K. Lee*
                                                          SUSAN K. LEE
                                                          UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

      CHAMBLISS, BAHNER & STOPHEL, P.C.

  /s/ W. Holt Smith                              By:    /s/ D. Aaron Love
W. Holt Smith, BPR#004557                 Anthony A. ("Bud") Jackson, BPR#014364
209 Tellico Street North                       D. Aaron Love, BPR#026444
Madisonville, TN 37354                    Liberty Tower, Suite 1700
Telephone: 423-442-4012                 605 Chestnut Street
Email: WHS4849@bellsouth.net           Chattanooga, TN 37450
                                                       Telephone:    423-756-3000
*And*                                                   Facsimile:     423-265-9574
                                                       Email:   bjackson@cbslawfirm.com
Douglas M. Cox, BPR #012609                       alove@cbslawfirm.com
DREADEN & COX
735 Broad Street                                  *Counsel for Alliant Techsystems, Inc. and Federal*
404 James Building                              *Cartridge Company*
Chattanooga, TN 37402
Telephone: 634-8000
Email: douglasmcox37402@yahoo.com

*Counsel for Plaintiffs*

  /s/ Gary R. Patrick                                  /s/ Joseph W. Ballard
Gary R. Patrick                                     Joseph W. Ballard
Patrick, Beard, Schulman & Jacoway, PC          Lewis, King, Krieg & Waldrop, P.C.
Suite 202, Market Court                       5th Floor
537 Market Street                                 620 Market Street
Chattanooga, TN 37402-1240                  P. O. Box 2425
Telephone:    423-266-7327                Knoxville, TN 37901
Facsimile:     423-267-5032                Telephone:    865-546-4646
Email: gpatrick@pbsjlaw.com                 Facsimile:     865-523-6529
                                                  Email: jballard@lewisking.com
*And*                                                 *Counsel for Polymer Corporation*

Anthony M. Pisciotti
Jeffrey M. Malsch
Pisciotti, Malsch & Buckley, P.C.
30 Columbia Turnpike, Suite 250
Florham Park, NJ 07932
Telephone:    973-245-8100
Facsimile:     973-245-8101
Email:  apisciotti@pmblegalfirm.com
         jmalsch@pmblegalfirm.com

*Counsel for Smith & Wesson Corporation and Thompson/Center*